

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

## NO. WR-82,239-03

### EX PARTE EYNEL AROLDO GUZMAN, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. W219-81460-08-HC IN THE 219TH DISTRICT COURT
### FROM COLLIN COUNTY

*Per curiam*.

## O P I N I O N

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of one count of aggravated sexual assault of a child and one count of indecency with a child and sentenced to twenty-five years' and fifteen years' imprisonment, respectively. The Fifth Court of Appeals affirmed his convictions. *Guzman v. State,* No. 05-09-01043-CR (Tex. App.– Dallas Mar. 15, 2011)(not designated for publication).

Applicant's writ application raised six grounds of relief, including claims of ineffective

assistance of counsel, involuntary plea, *Brady* violation, insufficient evidence, out-of-time appeal, and double jeopardy. This Court remanded the case for further development of the probable double jeopardy issue.

The trial court has determined Applicant's conviction for indecency with a child is based on the same actions and same victim as his conviction for aggravated sexual assault of a child and therefore violates double jeopardy. *Patterson v. State*, 152 S.W.3d 88 (Tex. Crim. App. 2004). We agree that Applicant has suffered multiple punishments for the same offense. *Ex parte Cavazos*, 203 S.W.3d 333, 337 (Tex. Crim. App. 2007). Relief is granted. The judgment in count two of Cause No. 219-81460-08 in the 219th District Court of Collin County is vacated and set aside. All remaining issues are denied.

Copies of this opinion shall be sent to the Texas Department of Criminal Justice-Correctional Institutions Division and Pardons and Paroles Division.

Delivered: September 16, 2015
Do not publish